**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 24-14036-MCR |
| Gabrielle R. Lewis-Poe, ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| ) | |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that IBEW 26 Federal Credit Union (hereinafter "IBEW 26 FCU"), a creditor and interested party in the above-captioned case, hereby requests, in accordance with Bankruptcy Rules 9010, 2002 and 9007, and 11 U.S.C. § 342, that the undersigned attorney be placed on the mailing matrix filed by the Debtor in this case, and on all special or limited matrices in this matter, and that all notices given or required to be served in this case be given to and served on the undersigned attorneys at the address set forth below:

Feldman and Associates, P.C
William R. Feldman, Esquire
451 Hungerford Drive. Suite 210
Rockville, MD 20850

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notice and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise, which affect or seek to affect in any way any rights or interests of IBEW 26 FCU.

**PLEASE TAKE FURTHER NOTICE** that, as provided in Bankruptcy Rule 3015(d), IBEW 26 FCU requests that the above attorneys also be provided with copies of any proposed debt adjustment plans filed in this matter.

Respectfully submitted,

FELDMAN AND ASSOCIATES, P.C.

By:  /s/: William R. Feldman
William R. Feldman, Esquire
F. Bar #04929
451 Hungerford Drive. Suite 210
Rockville, MD 20850
Attorney for IBEW 26 FCU
Email: wfeldman@wfeldmanlaw.com
Tel.: (301) 469-3610

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on  07/ 17 /2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing *Notice of Appearance* will be served electronically by the Court's CM/ECF system on the following:

Eric S. Steiner, Esquire
Steiner Law Group, LLC
PO Box 17598 Pmb 83805
Baltimore, MD 21297
*Attorney for Debtor*

Rebecca A. Herr, Trustee
185 Admiral Cochrane Drive
Suite 240
Annapolis, MD 21401

I HEREBY FURTHER CERTIFY that on  07/ 17 /2024, a copy of the foregoing *Notice of Appearance* was also mailed by first class mail, postage pre-paid, to:

Gabrielle R. Lewis Poe
2021 Brooks Dr., Apt. 405
District Heights, MD 20747
*Debtor*

/s/: William R. Feldman
William R. Feldman, Esquire